# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVRIX PHOTO, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>BLACKBOOK MEDIA CORPORATION<br>and MCCARTHY, LLC,<br><br>   Defendants. | **Case No.: 1:19-cv-03844-LAP**<br><br>**CLERK'S CERTIFICATE<br>OF DEFAULT** |

I, **RUBY J. KRAJICK**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 30, 2019 with the filing of the original complaint by the plaintiff Mavrix Photo, Inc. ("Plaintiff") against BlackBook Media Corporation, the summons of which was issued on May 1, 2019.  The complaint was then amended with the filing of the first amended complaint on May 14, 2019 by which McCarthy, LLC was added as a defendant.  The Court issued a summons the defendant McCarthy, LLC and an amended summons for defendant BlackBook Media Corporation on May 15, 2019.  On May 23, 2019, a notice of voluntary dismissal as to BlackBook Media Corporation was filed and was so ordered by the Court on June 10, 2019.  On June 25, 2019, an affidavit of service upon McCarthy LLC was filed, attesting service of the summons and amended complaint on the defendant McCarthy, LLC (Doc. # 18).

I further certify that the docket entries indicate that the defendant McCarthy, LLC has not filed an answer or otherwise responded with respect to the first amended complaint.  The default of the defendant McCarthy is hereby noted.

_____, 2019

**Dated: New York, New York**

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _____
   **Deputy Clerk**