```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
Marvix Photo,                      :
                                   :    19 Civ. 3844 (LAP)
                  Plaintiff(s),    :
                                   :         ORDER
        -against-                  :
                                   :
BlackBook Media Corporation,       :
                                   :
                  Defendant(s).    :
                                   :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel for plaintiff shall inform Judge Preska by letter no later than January 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                          */s/ Loretta A. Preska*

                                          LORETTA A. PRESKA,

                                          Senior U.S.D.J.

Dated: January 7, 2021

New York, New York