R. Terry Parker, Esquire
RATH, YOUNG and PIGNATELLI, P.C.
120 Water Street, Second Floor
Boston, MA 02109
Telephone: (603) 226-2600
Email: rtp@rathlaw.com

*Attorneys for Plaintiff*
*Mavrix Photo, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVRIX PHOTO, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCCARTHY, LLC, <br><br> Defendants. | **Case No.: 1:19-cv-03844-LAP** |

### DECLARATION OF R. TERRY PARKER IN SUPPORT OF DEFAULT JUDGMENT

I, R. Terry Parker, declare as follows:

1.      I am counsel for the plaintiff Mavrix Photo, Inc. ("Plaintiff") in the above-captioned action.

2.      The Complaint in the above-captioned action was filed on April 30, 2019 against the defendant BlackBook Media Corporation ("BlackBook").

3.      The First Amended Complaint was filed on May 13, 2019 to include McCarthy, LLC ("Defendant").

4.      On or about May 23, 2019, Plaintiff filed a dismissal without prejudice as to BlackBook. *See* ECF 16.

1

5.      On May 24, 2019, Plaintiff served the Summons and First Amended Complaint through Amy McLaren, Agent of Defendant.

6.      In September of 2019, the parties had reached an agreement in principle to resolve this case in its entirety upon which the Court stayed the case for 90 days.  *See* ECF No. 26.

7.      Defendant had failed to meet the terms of settlement nor answer the First Amended Complaint so Plaintiff sought, and the Court granted, a further stay of 90 days.  *See* ECF No. 29.

8.      On May 25, 2021, Defendant having continued to fail to meet the terms of settlement nor answer the First Amended Complaint, Plaintiff notified the Court of its intent to seek a default judgment in the event Plaintiff does not answer the First Amended Complaint.  *See* ECF No. 30.

9.      Following Plaintiff's letter to the Court on May 25th, Defendant contacted Plaintiff and indicated a willingness to resolve the parties' dispute, so Plaintiff refrained from moving for a default judgment.

10.      However, the parties have been unable to resolve their dispute so Plaintiff has now filed the instant Motion for a Default Judgement.

11.      Attached hereto as Exhibit 1 is a copy of the amended complaint.

12.      Attached hereto as Exhibit 2 is a copy of the affidavit of service.

13.      Defendant, upon information and belief, is not an infant or incompetent and is not on active duty in the U.S. Military.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed on this 13th day of August, 2021.

*/s/ R. Terry Parker*

2

## **CERTIFICATE OF SERVICE**

I, R. Terry Parker, hereby certify that I caused the foregoing document to be sent to the following by regular mail and electronic mail on the 13th day of August, 2021.

McCarthy, LLC
20 John Street
Brooklyn, New York 11201
schindler.evanly@gmail.com

/s/ R. Terry Parker
R. Terry Parker

3