UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVRIX PHOTO, INC.<br><br>           Plaintiff,<br><br>v.<br><br>MCCARTHY LLC.,<br><br>           Defendants. | Case No.: 1:19-cv-03844-LAP |

**PROPOSED DEFAULT JUDGMENT**

THIS MATTER comes before the Court on the unopposed motion of plaintiff Mavrix Photo, Inc., for a final default against the defendant McCarthy, LLC ("Defendant") for copyright infringement in violation of 17 U.S.C. 106 *et. seq.*, pursuant to Rule 55 of the Federal Rules of Civil Procedure; and the Court having reviewed the papers; for the reasons stated in the accompanying papers and for good cause shown:

IT IS ORDERED that the motion for default judgment is GRANTED; and it is further ORDRED that Defendant:

    1.    Shall pay to Plaintiff $30,000 in statutory damages, as authorized under 17 U.S.C. 504(c);

    2.    Shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. 1961 as of the date of this Default Judgment until the date of its satisfaction;

    3.    Be and hereby is enjoined from directly, contributorily or indirectly infringing Plaintiff's copyrights; and

4. The Court shall retain jurisdiction over this action for six months or until the judgment is satisfied to entertain such further proceedings supplementary and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment.

SO ORDERED this  9th  day of December, 2021.

_____
U.S.D.J

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

12/9/21

2